# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-00468-RJC-DSC

| | |
|---|---|
| GREG STUMLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ACI WORLDWIDE, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion[s] for Admission Pro Hac Vice and Affidavit [for Margaret C. Hershiser and David A. Yudelson]" (documents # 7 and 8) filed September 22, 2017.  For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 26, 2017

David S. Cayer
United States Magistrate Judge